# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,           )<br>                              )<br>        Plaintiff,             )<br>                              )<br>vs.                           )<br>                              )<br>UNITED FOOD AND COMMERCIAL    )<br>WORKERS UNION LOCAL 711 et. al., )<br>                              )<br>        Defendants.           )<br>_____) | Case No. 2:12-cv-00121-KJD-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Reconsideration (#6), filed August 27, 2012.

By way of the motion, Plaintiff requests that the Court order service of his complaint pursuant to Fed. R. Civ. P. 4(c)(3). As a result of the Court's screening order (#4), the complaint in this matter has been dismissed without prejudice. As such, there is no operative complaint in this matter. Plaintiff has until Friday, September 21, 2012, to file an amended complaint that adequately addresses the deficiencies identified by the Court in its screening order. Failure to do so will result in a recommendation that this action be dismissed. Once an amended complaint has been filed it will be screened pursuant to Fed. R. Civ. P. 1915(e)(2) and, if the amended complaint alleges a viable cause of action, then the Court will order service.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (#6) is **denied**.

DATED this 28th day of August, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**