# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MILTON O. CRAWFORD,

    Plaintiff,

vs.

UNITED FOOD AND COMMERCIAL WORKERS, UNION LOCAL 711, *et al.*,

    Defendants.

Case No.  2:12-cv-00121-KJD-GWF

**ORDER**

    This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Amended Complaint (#8) in this matter was filed September 19, 2012.  Defendants filed a Motion to Dismiss (#9) on October 23, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

    **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 14, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

    DATED this 3rd day of January, 2013.

                                                      GEORGE FOLEY, JR.
                                                    United States Magistrate Judge