# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MILTON O. CRAWFORD,  )<br>  )<br>   Plaintiff,  )    Case No.  2:12-cv-00121-KJD-GWF<br>  )<br>vs.  )    **ORDER**<br>  )<br>UNITED FOOD AND COMMERCIAL  )    Motion for Continuance (#22)<br>WORKERS, UNION LOCAL 711, *et al.*,  )<br>  )<br>   Defendants.  )<br>_____) | |

This matter comes before the Court on Plaintiff's Motion for Continuance (#22), filed on February 12, 2013.  Plaintiff filed an Application to Proceed in forma pauperis (#1) with an attached Complaint (#1-1) on January 23, 2012.  The Court granted the Application and dismissed the complaint without prejudice on August 21, 2012.  *See Doc. #4*.  In accordance with the Order (#4), Plaintiff filed an Amended Complaint (#8) on September 19, 2012.  On October 23, 2012, Defendants filed a Motion to Dismiss (#9) under Federal Rule of Civil Procedure 12(b)(6).  Plaintiff now moves for an extension of time to file proof of service of the Complaint (#8).  Because all Defendants have appeared in this case by jointly filing a responsive pleading (#9), the Court finds the instant Motion is moot.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Continuance (#22) is **denied** as moot.

DATED this 15th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge